1  FREDERICK S. YOUNG (DC Bar No. 421285)
     frederick.young@usdoj.gov
2  CORY BRADER (NY Bar No. 5118732)
     cory.brader@usdoj.gov
3  U.S. DEPARTMENT OF JUSTICE
   ANTITRUST DIVISION
4  450 5th Street N.W.
   Washington, D.C. 20530
5  Telephone: 202-307-2869
   Facsimile: 202-514-6381
6
   Counsel for Plaintiff,
7  UNITED STATES OF AMERICA

8  *(Defendants' counsel listed on next page)*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cv-08150-MWF-E |
| v. | **STIPULATION AND ORDER** |
| DIRECTV GROUP HOLDINGS, LLC, et al., | Hon. Michael W. Fitzgerald |
| Defendants. | |

1  ROBERT C. WALTERS, *pro hac vice*
      rwalters@gibsondunn.com
2  M. SEAN ROYALL, *pro hac vice*
      sroyall@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue
4  Suite 1100
   Dallas, TX 75201-6912
5  Telephone: 214.698.3100
   Facsimile: 214.571.2900
6
   MARCELLUS MCRAE, SBN 140308
7     mmcrae@gibsondunn.com
   KATHERINE V.A. SMITH, SBN 247866
8     ksmith@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
9  333 South Grand Avenue
   Los Angeles, CA 90071-3197
10 Telephone: 213.229.7000
   Facsimile: 213.229.7520
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**STIPULATION AND ORDER,** CASE NO. 2:16-CV-8150-MWF-E

# STIPULATION

It his hereby stipulated and agreed by and between the undersigned parties, subject to approval and entry by the Court, that:

1. The Court has jurisdiction over the subject matter of this action and over each of the parties hereto, and venue of this action is proper in the United States District Court for the Central District of California.

2. If approved by the Court, the proposed Final Judgment would fully resolve the claims alleged in the United States' Complaint.

3. The parties stipulate that a Final Judgment in the form attached hereto as Exhibit A may be filed with and entered by the Court, upon the motion of any party or upon the Court's own motion, at any time after compliance with the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16, and without further notice to any party or other proceedings, provided that the United States has not withdrawn its consent, which it may do at any time before the entry of the proposed Final Judgment by serving notice thereof on the Defendants and by filing that notice with the Court.

4. The Defendants agree to arrange, at their expense, publication of the newspaper notices required by the APPA, which shall be drafted by the United States in its sole discretion. The publication shall be arranged no later than three (3) business days after the Defendants' receipt from the United States of the text of the notice and the identity of the newspapers within which the publication shall be made. Defendants shall promptly send to the United States (1) confirmation that publication of the newspaper notices has been arranged, and (2) the certification of the publication prepared by the newspaper within which the notice was published.

5. In the event that (1) the United States withdraws its consent or (2) the proposed Final Judgment is not entered pursuant to this Stipulation, and the time has expired for all appeals of any Court ruling declining entry of the proposed Final Judgment, and the Court has not otherwise ordered continued compliance with the terms and provisions of the proposed Final Judgment, then the parties are released from

all further obligations under this Stipulation and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

6. From the date the parties sign this Stipulation, Defendants shall abide by and comply with all the terms and provisions of the proposed Final Judgment as though the proposed Final Judgment were in full force and effect as an order of the Court, pending the Judgment's entry by the Court or until expiration of time for all appeals of any Court ruling declining entry of the proposed Final Judgment.  In addition, the United States shall have the full rights and enforcement powers in the proposed Final Judgment as though the proposed Final Judgment were in full force and effect as an order of the Court.

7. This Stipulation shall apply with equal force and effect to any amended proposed Final Judgment agreed upon in writing by the parties and submitted to the Court.

8. The Defendants represent that the actions they are required to perform pursuant to the proposed Final Judgment can and will be performed, and that the Defendants will later raise no claim of mistake, hardship, or difficulty of compliance as grounds for asking the Court to modify any of the provisions contained therein.

9. All other submissions and proceedings in this matter not related to the proposed Final Judgment, including but not limited to Defendants' Motion to Dismiss Plaintiff's Complaint and the hearing on that Motion currently set for March 27, 2017 (Dkt. No. 28), are hereby stayed, without prejudice, pending further order of the Court.

Dated: March 23, 2017

By: */s/ Frederick S. Young*
FREDERICK S. YOUNG

Attorney for Plaintiff
UNITED STATES OF AMERICA

By: */s/ M. Sean Royall*
M. SEAN ROYALL

Attorney for Defendants
DIRECTV GROUP HOLDINGS, LLC
and AT&T, Inc.

**SO ORDERED:**

Dated: March __, 2017          _____
                                Michael W. Fitzgerald
                                United States District Judge

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 23, 2017

                                By:    */s/ Frederick S. Young*
                                            FREDERICK S. YOUNG

                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA